No. 90–5309.  MATHEWS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5423.  LOCKHART v. UNITED STATES; and
No. 90–5473.  LOCKHART v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 904 F. 2d 714.

No. 90–5446.  BOLTON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5515.  SMREKAR v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–5596.  STEPHEN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5598.  WAGSTAFF v. KEOHANE, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 90–5627.  JOHNSON ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–5680.  GONZALES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5687.  APONTE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5692.  ROLLE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–5705.  MARSHALL v. MANES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–5712.  BEAMAN v. DEPARTMENT OF VETERANS AFFAIRS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5725.  MARTINEZ DE ORTIZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–5731.  CHASE v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 90–5748.  BROWN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.